MHW

**RECEIVED**

APR - 7 2008 aew
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mr Vincent George

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mr. M. K. Webb

Mr. A.D. Poradzisz

**08CV1963
JUDGE DER-YEGHIAYAN
MAG. JUDGE KEYS**

Case No. _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Mr. Vincent George

   B. List all aliases: Vince Vinnie

   C. Prisoner identification number: 20070069726

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: 2700 S California Ave Chicago Ill 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Mr. A.D. Poradzisz #3770

      Title: Chicago Police Officer / Detective

      Place of Employment: 727 E. 111th Street, Chicago Ill 60628

   B. Defendant: Mr. M K Webb #10004

      Title: Chicago Police Officer / Detective

      Place of Employment: 727 E 111th Street Chicago Ill 60628

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A.  Name of case and docket number: _____
   _____

   B.  Approximate date of filing lawsuit: _____

   C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____

   D.  List all defendants: _____
   _____
   _____

   E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F.  Name of judge to whom case was assigned: _____
   _____

   G.  Basic claim made: _____
   _____
   _____

   H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____

   I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count (1)

On August 06, 2007, Defendant Webb and Defendant Paradzisz on this day while acting under color of state law as Chicago Police Officers in their individual capacity beat the Plaintiff up Mr. Vincent George causing A cut over his right eye requiring sutures to close it, A swollen Blacked left eye, A laceration behind the right ear, A Blood clot on my lower right shen, Bruises on the Back, hip and legs also inflicted with an Headache and suffering from mental shock which was required Medical Attention from Roseland Community Hospital Aug 6 2007 and medical treatment Aug 07 or Aug 8 2007 at Cermak Health services at Cook County Jail Inconclusion the Plaintiff Fourth Eight Ninth & Fourteenth Amendment of Constitutional Rights were violated in process of the above

act of excessive use of force.

Revised 9/2007

**VI.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Plaintiff Demands A Jury trial

2.) Plaintiff Request Five (5) million dollars from the defendants as punitive damages for intentionally violating his constitutional right resulting in injury, And Punish the defendants for their conduct.

3.) Plaintiff Request compensatory damages from each defendant in the sum of $200.00 dollars A day for the suffering.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  21  day of  November , 20 07

_Vincent George_
(Signature of plaintiff or plaintiffs)

Vincent M. George
(Print name)

20070069726
(I.D. Number)

Cook County Jail

P.O. Box 089002

Chicago, Illinois 60608
(Address)

8

**Chicago Police Department - ARREST Report**

CB #: 16974969
GEORGE, Vincent

ARREST REPORTING

RIGHT HAND
Comments:

| Vehicle: | VEHICLE IMPOUNDED: No | | |
|---|---|---|---|
| 1991 Truck - General Motors Corp. - Suburban - Hardtop, 4-Door | VIN#: 1GKER16K7MF510802 | Lic#: 9746288 | IL |
| Color: Blue (Top) / Blue (Bottom) | | Inv#: | |
| Pound#: | | | |
| Disposition: Towed To Pound 2 As Prisoner Property | | | |

**Confiscated Properties:**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    GEORGE, Vincent.    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT #02552 THIS IS AN ON VIEW ARREST BY BEAT 506D. A/O'S OBSERVED ARRESTEE IN LINE AT THE GAS STATION AND UPON A/O'S ENTERING THE GAS STATION A/O'S OBSERVED ARRESTEE LEAVE THE LINE AND START WALKING AWAY FROM A/O'S. A/O'S ENTERED THE GAS STATION AND PO PORADZISZ OBSERVED ARRESTEE PLACE A BLACK HANDGUN ON THE SHELF IN THE AISLE. A/O'S ORDERED ARRESTEE TO PUT HIS HANDS IN THE AIR, AT WHICH TIME ARRESTEE PUSHED PO PORADZISZ IN AN ATTEMPT TO FLEE THE SCENE. PO WEBB THEN ATTEMPTED TO APPREHEND ARRESTEE AND ARRESTEE BEGAN TO FLAIL HIS ARMS AND KICK THE A/O'S IN AN ATTEMPT TO DEFEAT THE ARREST. A/O'S USED AN EMERGENCY TAKEDOWN TO GET THE ARRESTEE TO THE GROUND AND PO WEBB USED HIS EXPANDABLE BATON AND OC SPRAY AND PO PORADZISZ USED HIS BATON TO SUBDUE ARRESTEE. AFTER A LONG STRUGGLE, A/O'S SUCCESSFULLY SUBDUED ARRESTEE AND WERE ABLE TO PLACE HIM INTO CUSTODY. PO PORADZISZ RECOVERED ONE CHARTER ARMS CORP, UNDERCOVER .38 SPECIAL, BLUE STEEL, 2" BARREL, SERIAL #10248 WHICH WAS FULLY LOADED WITH FIVE LIVE ROUNDS OF .38 SPECIAL AMMUNITION FROM THE SHELF IN THE GAS STATION. A/O'S ALSO RECOVERED FROM ARRESTEE'S VEHICLE TWO SCREW DRIVERS AND AN IGNITION FROM A VEHICLE. ARRESTEE WAS TRANSPORTED TO THE 005TH DIST FOR PROCESSING BY BEAT 571. ARRESTEE WAS MIRANDIZED BY PO WEBB AT 0355 HOURS. A/O'S ASKED THE ARRESTEE WHERE HE FOUND THE HANDGUN TO WHICH ARRESTEE STATED, "I FOUND IT ON THE SIDE OF THE GAS STATION BACK BY THE GATE." INVESTIGATIVE ALERT CHECK CLEAR. NAME CHECK REVEALED ARRESTEE TO BE A CONVICTED FELON AND CURRENTLY ON PAROLE. PO WEBB CONTACTED IDOC WHO SENT A WARRANT FOR PAROLE VIOLATION. GUN DESK MACK #14021 NOTIFIED AND STATED THE GUN TO BE CLEAR WITH NO RECORD. □

HANDGUN AND AMMUNITION INVENTORIED UNDER #11038852□
SCREW DRIVERS AND IGNITION INVENTORIED UNDER #11038880

| 38 | 13AUG07 / 0900 | CPD |
|---|---|---|
| (Court Branch or District #) | (Court Date/Time) | (Arresting Agency #) |

NEW BOND - $15000 (8C)

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)   (Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

Plaintiff

v.                                    NO. _____

Vincent M. GEORGE

Defendant.

_____ STATE OF IL PO WEBB #10004 _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: __Vincent M. GEORGE__ of __23015 STATE ST STEGER, IL__ has, on or about
      (defendant)                (address)

__AUG 6, 2007__ at the location of __210 W. 103RD ST CHICAGO, IL COOK COUNTY__
    (date)                                      (place of offense)

committed the offense(s) of __RESISTING / OBSTRUCTING A PEACE OFFICER__

in that he/she KNOWINGLY RESISTED THE PERFORMANCE OF PO WEBB #10004 OF AN AUTHORIZED ACT WITHIN HIS OFFICIAL CAPACITY, BEING THE ARREST OF VINCENT M. GEORGE, KNOWING PO WEBB #10004 TO BE A PEACE OFFICER ENGAGED IN THE EXECUTION OF HIS OFFICIAL DUTIES, IN THAT HE FLAILED HIS ARMS AND KICKED HIS LEGS

in violation of __720__ Illinois Compiled Statutes __5__ / __31-1(a)__
                (Chapter)                         (Act)    (Sub Section)

**AOIC Code**

(Complainant's Signature)

727 E. 111TH ST
(Complainant's Address)

312-747-8210
(Complainant's Telephone)

M. WEBB
(Complainant's Name Printed or Typed)

STATE OF ILLINOIS }
COOK COUNTY      } ss:

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

(Complainant's Signature)

Subscribed and sworn to before me on this __6__ day of __AUGUST__, 2007

__D. BROWN by PO JONES #5647__
(Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED, Judge _____
or                                                                Judge's No.
WARRANT ISSUED, Bail set at: _____
or
BAIL SET AT: _____ Judge _____
                                                                  Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

2

**Section A: Violation Details**

Offender: George, Vincent     Alias: None     ID#: R01690

Parent Facility: Robinson C.C.     Date of Birth: 05/07/1980

Program released to: _____     Level of Supervision: level 3

Gender: ☒ Male ☐ Female   Race: ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other _____

FBI#: 914517HB6     I.R.#: 1298924     CCJ#: _____

Release Date: 10/12/2006     Sentence Exp. Date: 10/12/2007     Violation Date: 08/06/2007

Custody Facility: Cook County Jail     Custody Date: 08/06/2007

Offense(s): UUW-Weapon / Resist /Obstruct-Peace Officer

IDOC Warrant #: CI 0707687     Date Warrant Issued: 08/06/2007

Parolee George, Vincent R01690 is currently on parole for the following offenses (list all MITTIMUS offenses) poss Amt con Sub except (a)/(d) and was Incarcerated from 11/09/2006 to 10/12/2006. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation: description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information) : On 8-6-07, CPD observed parolee George R01690 in line at the gas station and upon a/o's entering the gas station observed parolee leave the line and start walking away from a/o's. A/o's entered the gas station and po Poradzisz observed parolee place a black handgun on the shelf in the aisle. A/o's ordered arrestee to put his hands in the air, at which time arrestee pushed P O Poradzisz in an attempt to flee the scene. P O Webb then attempted to apprehend arrestee and arrestee began to flail his arms and kick the a/o's in an attempt to defeat the arrest. A/O's used an emergency takedown to get the arestee to the ground and P O Webb used his expandable baton and OC spray and PO Poradzisz used his baton to subdue arrestee. After a long struggle a/o's successfully subdued arrestee and were able to place him into custody. PO Poradzisz recovered one charter Arms Corp.undercover.38 special, Blue Steel, 2" barrel, serial #10248 which was fully loaded with five rounds of .38 special ammunition from the shelf in the gas station. A/o's also recovered from arrestee's vehicle two screw drivers and an ignition from a vehicle. Parolee George was transported to the 005 th dist. and read his rights.

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other (than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s): arrest date and arresting agency: criminal charges; and custody/court/bond information) : none

Answer the following questions only if the offender has absconded:

Is this an instant absconder? ☒ No ☐ Yes     Offender has been an absconder since (support in your narrative): _____

Did the offender make any contacts to AMS while an absconder? ☐ No ☐ Yes     If yes, dates of contacts: _____

**Community Adjustment:**

Answer the following questions or provide the required information for all parolees:

Prior parole terms/dates: 5-24-02 thru 5-26-04 Man/del 01-15 gram Cocaine / Agg Unlwfl use weapon/veh/ 2n

Offender currently resides with: (include description of others living with the parolee, such as wife, children, girlfriend, parents. It is mandatory to list any children under 18 living in the home, age, and the relationship of the parolee to those children.) parents

Where was the offender's approved host site? 23015 state street Steger IL 60475   Can the offender return to this host site? ☐ No ☒ Yes

If no, state why and also what other host site options does the offender have?

State Of Illinois
County Of Cook

Affidavit

I, Mr. Vincent George #20070069726, depose and state under oath Pursuant to the Penalties As Prescribed Pursuant to Chapter 735 Ilcs 51, 1-109 that the following facts and circumstances are true and correct and made upon personal knowledge and belief. And if I was called to give testimony on my behalf. I would state the following below.

1.) On August 06, 2007 I entered the gas station with a friend. I walked through the aisles looking for a variety of snacks. And once I found the things I was looking for I approached the cashier and gas station attendent to purchase my items and gas when I started to haze and slightly grasping for air. I was having problems with my asthma.

2.) So I got out of the line to go retrieve some bottles of water. And while walking down the aisles I heard someone yell "Raid" and I was obstructed to put my hands in the air and to get down on the ground.

3.) So I turned around to tell the officer that I didn't have anything and that I am in the stage of having an asthma attack and if I get down on the ground it will make matters worse. So I told the Officer that he can just put the handcuffs on me. And As I walked towards the officer to let him put the handcuff's on me, another Officer attacked me from behind and jumped on my back while macing me.

4.) The Officer on my back began to choke me, so I panicked and began to move around hysterically. So while he continued to mace in my face he also started to hit me in my face also, the Officer in front of me grabbed my arm and my wrist and unfolded his baton to beat me from the waist down while the Officer from the back was still beating me in my face and head with his fist. And this lasted for about (15) minutes, while I was trying to cover up from being attacked while being knocked to the ground from the attack.

5.) I then fell to the ground going into shock due to lack of air and the severe pain from my head down to my lower legs. The beating stopped when the uniform officers arrived. Then I was put into the paddy wagon.

6.) I had asked to go to the hospital when I arrived at the police station. I was bleeding from my head, ear and mouth and lower leg. My body was in pain; My back, ribs, knees, and lower legs were in pain and I was constantly grasping for air because of my asthma and mace which was used to blind me while the officers beat me. The officers only put water on my face and gave me two (2) cups of water while they were interrogating me in a circle of officers outside the police station at 111 TH and Ellis. Then I was taken in the station and confined to a bench where one of the arresting officer was fabricating the police report and read me my charges. This is when I found out they put a gun on me in order to Justify their actions.

December 30, 2007

Respectfully Submitted

Affiant Signature  *Vincent George*

*Vincent George*

4

**CHICAGO POLICE DEPARTMENT**
**ARREST REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.420C(REV. 6/30)

FINAL APPROVAL

2007-0059137
1-C-3-03

CB #: 16974969
IR #: 1298924
YD #:
RD #: HN511567
EVENT #: 0721802552

### ARREST REPORTING

**Name:** GEORGE, Vincent M
**Res:** 23015 State St, Steger, IL
**Beat:** 3100
**DOB:** 07 May 1980
**AGE:** 27 years
**POB:** Illinois
**SSN:** 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
**STID:** 62087380131G - ILLINOIS
**ARMED WITH** Handgun

Male
Black
5' 11"
180 lbs
Brown Eyes
Black Hair
Braids Hair Style
Medium Complexion

**Marks:** Tattoo "Tira" on Upper Right Arm
Tattoo "Joyce" on Right Wrist
Tattoo "Righteous" on Lower Right Arm
Tattoo "Notorious" on Lower Left Arm
Tattoo "Danisha" on Upper Left Arm

R01690

**Arrest Date:** 06 August 2007 03:15
**Location:** 210 W 103rd St, Chicago, IL 60628
220 - Gas Station
**Holding Facility:** District 005 Male Lockup
**Resisted Arrest?** Yes
**TRR Completed?** Yes
**Beat:** 511
**Total No Arrested:** 1
**Co-Arrests**
**Assoc Cases**
**DCFS Ward?** No
**Dependent Children?** No

CI0707687  8/6/07

| # | | | Victim |
|---|---|---|---|
| 1 | Offense As Cited | 720 ILCS 5.0/24-1.1-A | State Of Illinois, Po Poradzisz #3770 |
| | | UUW - WEAPON - FELON/PAROLE-POSSESS/USE FIREARM PRIOR | |
| | | Class 2 - Type F | |
| 2 | Offense As Cited | 720 ILCS 5.0/31-1-A | State Of Illinois, Po Poradzisz #3770 |
| | | RESIST/OBSTRUCT - PEACE OFFICER/ CORRECTIONAL EMP | |
| | | Class A - Type M | |
| 3 | Offense As Cited | 720 ILCS 5.0/31-1-A | State Of Illinois, Po Webb #10004 |
| | | RESIST/OBSTRUCT - PEACE OFFICER/ CORRECTIONAL EMP | |
| | | Class A - Type M | |
| 4 | Offense As Cited | 725 ILCS 5.0/110-3 | State Of Illinois, Po Poradzisz #3770 |
| | | ISSUANCE OF WARRANT | |

**Felony Review:** Approved   06 AUG 2007 07:31   Naze,   State's Attorneys's Office

07-130152

