# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1963 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Vincent George vs. M. K. Webb, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [3] is denied. Plaintiff is given until May 20, 2008, to either pay the filing fee in this case or file an accurately and properly completed in forma pauperis application form. Plaintiff is warned that if he fails to either pay the filing fee in this case or file an accurately and properly completed in forma pauperis application form by May 20, 2008, this action will be dismissed.

■[ For further details see text below.]      Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Vincent M. George's ("George") motion for leave to proceed *in forma pauperis*. George has failed to properly complete his *in forma pauperis* application form. For example, George has failed to complete the portion of the *in forma pauperis* application form asking him to indicate his last date of employment and his monthly salary or wages. (IFP Par 2(a)). Thus, George has not provided the court with sufficient information concerning his financial status to determine whether his motion should be granted. Therefore, we deny the motion for leave to proceed *in forma pauperis*. George is given until May 20, 2008, to either pay the filing fee in this case or file an accurately and properly completed *in forma pauperis* application form. George is warned that if he fails to either pay the filing fee in this case or file an accurately and properly completed *in forma pauperis* application form by May 20, 2008, this action will be dismissed.