

MAY 15 2008
May 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mr. Vincent George

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 08C 1963
(To be supplied by the Clerk of this Court)

Mr. M.K. Webb
Mr. A.D. Poradzisz

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

AMENDED

_*_ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: Mr. Vincent George

B. List all aliases: ______

C. Prisoner identification number: 20070069726

D. Place of present confinement: Cook County Department of Corrections

E. Address: 2700 S. California Ave., Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Mr. A. D. Poradzisz # 3770

Title: Chicago Police Officer

Place of Employment: 727 E. 111th street, Chicago, Illinois 60628

B. Defendant: Mr. M. K. Webb # 10004

Title: Chicago Police Officer

Place of Employment: 727 E. 111th street, Chicago, Illinois 60628

C. Defendant: ______

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

## III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

______________________________

______________________________

______________________________

2. What was the result?

______________________________

______________________________

______________________________

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

______________________________

______________________________

______________________________

D. If your answer is **NO**, explain why not:

______________________________

______________________________

______________________________

According to the United States Constitution Article 4 Section (1)
Says:;Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

Article 4 Section (2) states:
The Citizens of each State shall be entitled to Privileges and Immunities of Citizens in the several States.

Due to the false allegations of this said case of Agg. U. U. W by Felon & Six Counts an Armed Habitual Criminal Act, an also the cases that where thrown out I 've been violated of my Constitutional Rights of Amend 4, and 14, & 9.

Which clearly state's:
Amendment (4): The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, support by Oath or affirmation, and particular describing the place to be search, and the persons or things to be seized.

Amendment (14):
Section (1): All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Amendment (9)
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

Furthermore, my case is clearly to be understood as an unconstitutional arrest an treatment to a human, a citizen with the rights to be treated equal and fairly by all law enforcement with the concerned help of the laws of the land under the United States Constitution.

I hereby as a citizen of the United States of America I am asking to be served under the act of Justice.

Facts Of Observation & Compared
To Criminal Law

Officer View:

On 8 - 06 - 07 C P D observed parolee George R01690 in line at the gas station and upon a/o's entering the gas station observed parolee leave the line and start walking away from a/o's. A/o's entered the gas station and P O Poradzisz observed parolee place a black hand gun on the shelf in the aisle.

My View;

I walked down an aisle from the store clerk to purchase a few items never knowing or having knowledge of the police, only to purchase a few more items that I had forgotten because I was shopping for somethings.

Search & Seizures Key(2)
Criminal Law

Looks, Gestures and movements, taken alone, are insufficient to constitute probable cause to search since they may, in fact, be consistent with innocence; it is only when the furtive gestures are couple with other circumstances tending to show probable cause that the suspicious movement will be included in the basis for finding probable cause for a search.

Officer View:

A/o's ordered arrestee to put his hands in the air at which time arrestee pushed P O Paradzisz in attempt to flee the scene. P O Webb then attempt to apprehend arrestee and arrestee began to flail his arms and kick the a/o's in an attempt to defeat the arrest. A/o's used an emergency take down to get the arrestee to the ground and P O Paradzisz used his expandable baton and OC spray and P O Paradzisz used his baton to subdue the arrestee.

My View:

After I walked down the aisle I went to grab a bottle of water when I herd someone yell raid. As I turned around I was ordered to get down on the ground with my hands in the air. I told the officer that I couldn't due to a slight asthma attack which would make matters worse. So I proceeded to walk towards the officer with my hands in the air to show him I was clean of contraband and to cuff me because I could not drop to the ground. That's when one of the officers grabbed my arm and extended his baton and beat me from my waist down while the other officer had jumped on my back and sprayed me with pepper spray which made my breathing worst, while breathing slightly, the same officer started punching me in my head repeatedly. This beating lasted for about 15 mins. to about 20 mins. before the uniform officers arrived which I had fallen to the ground a few min. before due to the survere pain in my head to my lower legs. While on the ground I was still being beat until the police in uniform came, thats when I was cuffed and pulled to my feet to find out my my right ear and right above my right eyebrow was cut open and bleeding and my right eye was cut and closed shut due to the beating.

Probable Cause:

To believe that the defendant had committed or was about to commit an offense, one would have been notified by someone saying that there in an dangerous adverse situation or he or or her fit's the identity of a suspect that was involved in a crime that had transpired in in a specific location or observed a crime in progress in order to apprehend me. Looks, gestures and movements taken alone are insufficient to constitute probable cause to search since they may be in fact be consistent with innocence. There can only be when furtive gestures are coupled with other circumstances tending to show probable cause (such as open contraband or suspicious objects in plain view or prior reliable information), that the suspicious movement will be included in the basis for finding probable cause for a search.

Stop & Frisk On My Behalf

1.) Individuals suspected of criminal acts, no call or crime of the nature was made.

2.) No prudent person reasonably in the circumstances would be warranted in the belief that his or her safety or that others was in danger due to my present's.

3.) The authorized search is confined in scope to an intrusion reasonably designed to discover objects capable of use as weapons.

Officer View:

After a long struggle a/o's successfully subdued arrestee and were able to place him into custody P.O. Poradzisz recovered one Charter Arms Corp. undercover. 38 special, Blue Steal 2 "barrel serial #10248 which was fully loaded with five live rounds of 38 special ammunition from the shelf in the gas station. A/o's also recovered from arrestee's vehicle two screw driver's and an ignition from a vehicle. Parolee George was transported to the 005th district and read his right's.
I was charged as a Class 2 felon
U. U. W by felon

| | | |
|---|---|---|
| Resisting Arrest | ) | |
| | ) | These two cases were thrown out and determined |
| Obstructing A Peace Officer | ) | no probable cause. |

Constitution Law Key 262

Searches and Seizures Key 7(1)

A stop and thus a "seizure of a person," for purposes of the Fourth and Fourteenth Amendment' occurs the moment the person's freedom to walk away from a police man is restrained, even though the restrained fails short of an arrest; such restraint can be deduced from a showing of actual or threatened force on the part of the police officer.

Within the Seizure of evidence and arrest I wasn't read any right's of Miranda right's nor was there a print check on the gun and I also never signed any paper's for mirandad nor statement's.

This beating that I'm suffering from out of shock (bad dreams & cold sweats) took place after the death of a close friend that was murdered by the police June 29 2007 ~~by the Police~~ on a 114th and Stewart I also had on a T-Shirt with his picture and memorial on it. Which the arresting officers where telling me I was lucky to be in the gas station because matters could have been worst. CPD also was harrassing me and others daily with these T shirts by stating whom are packing a gun If we don't they do!

My friend name was Huebert Beggs he was shot down in a traffic stop.

State Of Illinois
County Of Cook

# Affidavit

I, Mr. Vincent George #20070069726, depose and state under oath Pursuant to the Penalties As Prescribed Pursuant to Chapter 735 Ilcs 51, 1-109 that the following facts and circumstances are true and correct and made upon personal knowledge and belief. And if I was called to give testimony on my behalf. I would state the following below.

1.) On August 06, 2007 I entered the gas station with a friend. I walked through the aisles looking for a variety of snacks. And once I found the things I was looking for I approached the cashier and gas station attendedt to purchase my items and gas when I started to haze and slightly grasping for air. I was having problems with my asthma.

2.) So I got out of the line to go retrieve some bottles of water. And while walking down the aisles I heard someone yell "Raid" and I was obstructed to put my hands in the air and to get down on the ground.

3.) So I turned around to tell the officer that I didn't have anything and that I am in the stage of having an asthma attack and if I get down on the ground it will make matters worse. So I told the Officer that he can just put the handcuffs on me. And As I walked towards the officer to let him put the handcuff's on me, another Officer attacked me from behind and jumped on my back while macing me.

4.) The Officer on my back began to choke me, so I panicked and began to move around hysterically. So while he continued to mace in my face he also started to hit me in my face also, the Officer in front of me grabbed my arm and my wrist and unfolded his baton to beat me from the waist down while the Officer from the back was still beating me in my face and head with his fist. And this lasted for about (15) minutes, while I was trying to cover up from being attacked while being knocked to the ground.from the attack.

5.) I then fell to the ground going into shock due to lack of air and the severe pain from my head down to my lower legs. The beating stopped when the uniform officers arrived. Then I was put into the paddy wagon.

6.) I had asked to go to the hospital when I arrived at the police station. I was bleeding from my head,,ear and mouth and lower leg. My body was in pain; My back, ribs, knees, and lower legs were in pain and I was constantly grasping for air because of my asthma and mace which was used to blind me while the officers beat me. The officers only put water on my fac and gave me two (2) cups of water while they were interrogating me in a circle of officers outside the police station at 111TH and Ellis. Then I was taken in the station and confined to a bench where one of the arresting officer was fabricating the police report and read me my charges. This is when I found out they put a gun on me in order to Justify their actions.

December 30, 2007

Respectfully Submitted

Affiant Signature

Vincent George

Vincent George

References To Evidence To Civil Suit

In reference to this civil suit there is also some evidence to justify my complaint of police brutality given by PO Webb and PO Poradzisz on the morning of Aug. 06, 2007 around 2am, which was caught on tape inside the CitiGo Gas Station on 210 west 103rd St Chicago, IL 60628 or 220 Wentworth. Which a copy was given to O P S officals under the case # which is located by CRT # 100 81 79 at there facility which is located at 10 west 35th St 12th floor Chicago, IL 60616 Also my legal public defender at Skokie Court House whom name is Julie Hall has copies as well of the pictures that where taken of all my injuries by O P S officals, and the actual tape of the misconduct by the CPD officals from District 005 Lockup located at 727 east 111St Officers whom were involved; (PO) Poradzisz, A D (PCOX373) Beat 0506 D and (PO) Webb, M K (PCOY: Beat 0506 D, I also was hospitalize at Roseland Community Hospital for my injuries twice on the above date. I was also seen here at C. C. D. O. C at Cermak for an injury from the beating. In reference to the beating I am also suffering mental shock from the beating by the officers at hand, which I have seen a doctor here at Cook County Jail for this disorder. Furthermore I Vincent George give my counsel by the power of attorney permission to receive any and and all documents that concerns me Vincent George from this facility Cook County Jail Cer and my Public Defender Ms. Julie Hall, and the O. P. S officials for the records of retrieved info for the case at hand of case #100 81 79 that will help me on this matter at hand. Thank You for your help.

Date

Counselor

Date

Sincerely Vincent George

Vincent George

Vincent George

[Page contents redacted]

7

**VI. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1.) Plaintiff Demands A Jury trial

2.) Plaintiff Request Five (5) million dollars from the defendants as punitive damages for intentionally violating his constitutional Right Resulting in injury, And Punish the defendants for their conduct.

3.) Plaintiff Request compensatory damages from each defendant in the sum of $200.00 dollars a day for the suffering.

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21 day of November, 2007

Vincent George
(Signature of plaintiff or plaintiffs)

Vincent M. George
(Print name)

20070069726
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608
(Address)