## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1963 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Vincent George (#2007-0069726) vs. M. K. Webb, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons sated below, Plaintiff's second motion for leave to proceed in forma pauperis [7] is denied. Since Plaintiff has not paid the filing fee and he has not filed an accurately and properly completed in forma pauperis application form by the deadline, we dismiss the instant action. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Vincent M. George's ("George") second motion for leave to proceed *in forma pauperis*. On April 24, 2008, we denied George's first motion for leave to proceed *in forma pauperis* since George failed to properly complete his *in forma pauperis* application form. We gave George until May 20, 2008, to either pay the filing fee in this case or file an accurately and properly completed *in forma pauperis* application form. We also warned George that if he failed to either pay the filing fee in this case or file an accurately and properly completed *in forma pauperis* application form by May 20, 2008, this action would be dismissed. George has not paid the filing fee and has instead filed his second motion for leave to proceed *in forma pauperis*. However, George has failed to complete his instant *in forma pauperis* application form. For example, George has failed to answer the question whether he has received more than $200 from salary or wages in the last twelve months. (IFP Par. 3(a)). George has also failed to answer the question that asks him whether he has received more than $200 in the last twelve months from any source not specifically listed. (IFP Par. 3(f)). Therefore, we deny George's second motion for leave to proceed *in forma pauperis*. Since George has not paid the filing fee and he has not filed an accurately and properly completed *in forma pauperis* application form by the deadline, we dismiss the instant action.